

1 University Drive • UPO-781 • Campbellsville, Kentucky 42718 • tel 270.789.5001 • fax 270.789.5020
Office of the President

October 1, 2020


Michael J. Frola
Director
Multi-Regional and Foreign Schools Participation Division
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202

Dear Mr. Frola:

I am writing to notify the U.S. Department of Education that Campbellsville University (CU) remains interested in the acquisition of Florida Coastal School of Law (FCSL) and supports the electronically submitted a pre-acquisition review application of September 30, 2020.  CU is a nonprofit, regionally accredited university that participates in the Title IV programs.    CU anticipates taking the next step with this transaction after January 1, 2021

We understand that FCSL will provide the following:

- Executed Signature Pages (Section L) for Florida Coastal's  application
- Documentation of current institutional accreditation for Florida Coastal from American Bar Association Section of Legal Education and Admission to the Bar ("ABA")
- Documentation of state authorization for Florida Coastal from the Florida Commission on Independent Education ("Florida CIE")
- Documentation of current institutional accreditation for the University from the Southern Association of Colleges and Schools Commission on Colleges ("SACSCOC")
- Documentation of state authorization for the University with the Kentucky Council on Postsecondary Education ("KCPE")
- A materially complete Asset Purchase and Sale Agreement ("Asset Purchase Agreement")
- Two fiscal years of audited financial statements of Florida Coastal's current owner, Infilaw Holding LLC, which is the Level 3 owners and sole member of Infilaw Corp., which is the Level 2 owner.  Infilaw Corp. is the owner of Florida Coastal School of Law, Inc., which is the Level 1 owners for Florida Coastal;

CU is providing:
- Two fiscal years of consolidated audited financial statements for the University's parent company prepared and previously submitted to the Department through eZ Audit.  We

{00402292}

**FCSL - 000006**

have not enclosed copies of the two most recently submitted fiscal years of financials with this letter because they already are available through eZ Audit, but can provide additional copies if needed.
- The latest Southern Association of Colleges and Schools Commission on Colleges (SACSCOC) accreditation affirmation.
- Affirmation from the Kentucky Council for Postsecondary Education
- The 501(c)(3) determination letter from the Internal Revenue Service ("IRS") for the University.

Further, it is CU's understanding that FCSL will submit a materially complete application for acquiescence to the ABA, meeting proper deadlines. CU anticipates receiving final approval from SACSCOC for its change to Level 5, authorizing additional doctoral programs.

Campbellsville is a private, nonprofit Christian university in Campbellsville, Kentucky. Founded as Russell Creek Academy, a Baptist institution, the University currently enrolls more than 12,000 students and is open to students of all denominations. The university offers associate, bachelor, master and doctoral degrees, featuring 13 schools and colleges, with programs ranging from non-credit technical instruction to graduate education.  The University also has eight locations throughout Kentucky, as well as in Los Angeles and Lathrop, California.

Pursuant to an Asset Purchase Agreement, Infilaw LLC and CU have agreed to transfer all assets of Florida Coastal to CU at the closing of the sale for consideration of $1.00 and Campbellsville's agreement to assume certain reduced debt obligations. The transferred assets will include certain intangible property identified in the Asset Purchase Agreement, such as:

  ○ contracts, including student relationships;
  ○ intellectual property rights;
  ○ curriculum, including syllabi, resource material and content for Florida Coastal's programs of study; and
  ○ other assets and rights of Florida Coastal that will enable CU to operate FCSL.

At closing, the FCSL's faculty, academic leadership and related staff will also transfer their employment from FCSL to Campbellsville.

It is further understood that the debt obligations to be assumed are being discussed (and will be disclosed on the same day audited balance sheet to be submitted after closing), the terms of the assumption agreement will provide that, in exchange or an annual payment of 1% of the amount then owning under the assumption, Campbellsville:
- need not pay interest on the principal amount;
- may accelerate payments without pre-payment penalties; and
- may refrain from making any payments if doing so would financial impair the operations of FCSL.

We understand that the purpose of the abbreviated preacquisition review process is to determine whether the Department will require a letter of credit to be posted if an institution's new owner cannot submit two years of financial statements to comply with the requirements of a materially

{00402292}

**FCSL - 000007**

complete application pursuant to 34 C.F.R. § 600.20(g)(2)(iv).  CU has submitted two full fiscal years of audited financial statements that are prepared in accordance with GAAP and GAGAS and meet the requirements of 34 C.F.R. § 600.20(g)(2)(iv).  Consequently, we would greatly appreciate the Department's confirmation that these financials meet the requirements of section 600.20(g)(2)(iv) and that a letter of credit will not be required.  We have provided some additional explanation below.

Further, the Department should be aware that Campbellsville, is in a strong financial position. Campbellsville has a composite score of 3.0 for FY 2018 and 3.0 for FY 2019, both well above the passing level of 1.5 for financial responsibility under the Department's composite score regulations.   As shown on the 2019 audited financials (which are the most recent), Campbellsville has more than $147 million in assets.

Could I receive a confirmation that the CU's financials satisfy the DOE requirements?

Thank you for your accepting this letter in support of the FCSL reacquisition request.  Should you have any questions or need additional documentation, do not hesitate in contacting me.

Yours truly,

H. Keith Spears, Ed.D.
Sr. Vice President/Assistant to the President

hkspears@campbellsville.edu

{00402292}

**FCSL - 000008**