**From:** Powers, Michael E. <Michael.E.Powers@ed.gov>
**Sent:** Friday, December 4, 2020 12:16 PM
**To:** Peter Goplerud <pgoplerud@fcsl.edu>; Logan, Chartise <Chartise.Logan@ed.gov>
**Cc:** Arthur, Julie <Julie.Arthur@ed.gov>; Frola, Michael <Michael.Frola@ed.gov>; Janell McIntyre <jmcintyre@fcsl.edu>
**Subject:** RE: Immediate Action — Institutional Eligibility Decision

Hello Mr. Goplerud—

Thanks for the follow-up note this afternoon. I separated and provided answers to your questions below.

First, we would like an understanding as to the "unpaid accounts receivable condition". Does this refer to only the amount set forth in the September 2021 Program Review Transmittal that is currently being appealed?

A: This is a standard condition that is included when, at the time of PPA issuance, the Department's Accounts Receivable report shows that the institution has a balance due. Currently, the Accounts Receivable report shows the amounts related to the program review liabilities, which is why the condition was included.

Second, we would further like an understanding regarding the inclusion of InfiLaw Holding, LLC and Sterling Capital Partners, LP as signators?

A: This is an updated standard the Department is applying for institutions with multiple levels of ownership. The Department is now requiring the signature of each entity at 100% ownership or with a significant majority ownership percentage. This requirement is also not unique to FCSL.

Hope that helps,

Michael E. Powers
Case Manager
Multi-Regional and Foreign Schools Participation Division
Partner Participation and Oversight
Federal Student Aid
U.S. Department of Education
Office: 312.730.1729
Cell: 312-415-6620