

Office of the President

December 28, 2020

Michael E. Powers
Case Manager
Multi-Regional and Foreign Schools Participation Division
Partner Participation and Oversight
Federal Student Aid
U.S. Department of Education

Dear Mr. Powers,

I am writing regarding the Department of Education's inclusion of Sterling Capital Partners, LP (Sterling) as a signer on the Florida Coastal School of Law (FCSL) PPPA. You have indicated that this is an updated standard that the Department is applying for institutions with multiple levels of ownership. I would like to clarify that Sterling Capital Partners, LP is a dormant investment entity and, as we have notified you, waived all voting rights in April, 2020.

This particular entity is in the process of liquidation, as it is a 10-year contract in its 20th year of operation. In recent years, Sterling has been supportive of the school's plan to transition to a new owner. In 2018 and 2019, FCSL applied to the American Bar Association for approval of a Substantive Change for an acquisition by a not-for-profit foundation. The primary reason for the applications was that the Sterling entity was defunct and Sterling desired to separate from FCSL. Both applications were unsuccessful.

Sterling has no affiliated persons who are officers of the school or any of its holding companies. And, it has no representatives on the InfiLaw board of directors or the Florida Coastal board of directors. In fact, the Sterling representative formerly on the board resigned at the time Sterling waived its voting rights in favor of a representative from Campbellsville University.

Sterling has been advised by counsel that it is not authorized to sign. On this point, it has been advised that signing on to the PPPA would exceed the authority its investors (state pension funds and other highly respected institutions) granted to it.

For the reasons set forth above, we respectfully request that Sterling Capital Partners, LP be removed as a signer of the Florida Coastal PPPA.  We are committed to full compliance with the terms of the PPPA and all Title IV requirements.  As soon as this PPPA is executed, FCSL and Campbellsville University will submit a pre-acquisition review application to the Department.

Sincerely,


C. Peter Goplerud
President and Dean