April 5, 2021

Infilaw Holding, LLC
Attention: Chief Executive Officer

      Re:    *Infilaw Holding, LLC Equity Forfeiture*

To Whom It May Concern:

      The purpose of this letter is to notify Infilaw Holding, LLC (the "**Company**" or "**you**") that Sterling Capital Partners, L.P. ("**SCP**") and Sterling Capital Partners GMBH & Co. KG ("**SCPG**") each intend to forfeit and surrender its respective equity interests in the Company, effective immediately.

      Reference is hereby made to that certain Fifth Amended and Restated Operating Agreement of the Company, dated as of July 31, 2017 (as amended or modified from time to time, the "**LLC Agreement**"). Any terms used but not defined herein shall have the meaning set forth in the LLC Agreement. As of the date hereof, SCP and SCPG are the sole Sterling Members. The Company is the indirect parent of Florida Coastal School of Law, Inc.

      Each of SCP and SCPG hereby (without any further action on the part of the Company, SCP or SCPG) forfeits, surrenders, transfers and assigns all of its respective right, title and interest in all outstanding Units of the Company for no consideration (the "**Forfeiture**"). As such, effective as of the date hereof, neither SCP nor SCPG (i) owns any equity interests of any kind or nature in the Company or any of its subsidiaries, (ii) is party to the LLC Agreement (and shall no longer be a Member), the Registration Rights Agreement, or any other agreement with the Company or its subsidiaries and (iii) has any governance or economic rights, interests or obligations related to the Company or any of its subsidiaries.

      Please contact M. Avi Epstein, General Counsel, Managing Director, and Chief Operating Officer, with any questions at (312) 465-7064.

*    *    *    *    *

FCSL - 000055

Sincerely,

**STERLING CAPITAL PARTNERS, L.P.**

By:     SC Partners, L.P.
Title:  General Partner

By:     Sterling Capital Partners, LLC
Title:  General Partner

By:     _/s/ M. Avi Epstein_
Name:   M. Avi Epstein
Its:    General Counsel and Chief Operating Officer


**STERLING CAPITAL PARTNERS GMBH & CO. KG**

By:     SC Partners, L.P.
Title:  General Partner

By:     Sterling Capital Partners, LLC
Title:  General Partner

By:     _/s/ M. Avi Epstein_
Name:   M. Avi Epstein
Its:    General Counsel and Chief Operating Officer