## Peter Goplerud

| | |
|---|---|
| **From:** | Powers, Michael E. <Michael.E.Powers@ed.gov> |
| **Sent:** | Monday, April 5, 2021 4:14 PM |
| **To:** | Peter Goplerud |
| **Cc:** | Dennis M. Cariello; Scott E. Thompson; Janell McIntyre; Frola, Michael; Logan, Chartise |
| **Subject:** | RE: Florida Coastal |

Good afternoon, all—

Florida Coastal School of Law's PPA expired in accordance with 34 CFR 668.13(b)(2). To re-establish eligibility, FCSL must submit an application for reinstatement into the Title IV HEA programs under its current ownership structure.

I have asked Chartise Logan to open the E-App tomorrow (she's out today) if FCSL wishes to submit an E-App with this purpose.

Michael E. Powers
Case Manager
Multi-Regional and Foreign Schools Participation Division
Partner Participation and Oversight
Federal Student Aid
U.S. Department of Education
Office: 312.730.1729
Cell: 312-415-6620

**From:** Peter Goplerud <pgoplerud@fcsl.edu>
**Sent:** Monday, April 5, 2021 1:48 PM
**To:** Powers, Michael E. <Michael.E.Powers@ed.gov>
**Cc:** Dennis M. Cariello <dennis.cariello@hmbr.com>; Scott E. Thompson <sthompson@infilaw.com>; Janell McIntyre <jmcintyre@fcsl.edu>
**Subject:** Florida Coastal

Mr. Powers,

Please find attached a document evidencing Sterling Partners action today in relinquishing their shares. We request that the EAPP be opened. We will re-sign this afternoon and request that our participation be reinstated upon your receipt of the signed PPPA.

Please let me know if you have questions and a time for a call.

Peter

*C. Peter Goplerud*
*President and Dean*
904-502-9515

This email transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential, privileged and/or proprietary information for the sole use of the intended recipient(s). If you are not an intended recipient or a person responsible for delivering it to an intended recipient, any disclosure, copying, distribution or use of

1

**FCSL - 000057**

any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please: (1) immediately notify me by reply e-mail; and (2) destroy the original (and any copies) of this transmission and its attachments without reading or saving in any manner.

FCSL - 000058