

**UNITED STATES DEPARTMENT OF EDUCATION**

FEDERAL STUDENT AID
SCHOOL ELIGIBILITY SERVICE GROUP
SCHOOL PARTICIPATION TEAM
MULTI-REGIONAL AND FOREIGN SCHOOL PARTICIPATION DIVISION

Mr. Peter Goplerud                                                           11/27/2020
President
Florida Coastal School of Law                                **OPE ID 03374300**
8787 Baypine Road
Jacksonville, FL 32256-8528

Dear Mr. Goplerud:

The Multi-Regional Foreign School Participation Team has completed its review of Florida Coastal School of Law's (Institution) application to participate in the Title IV, HEA programs.

Based on that review, the Multi-Regional Foreign School Participation Team has granted Provisional Certification not to exceed September 30, 2023 to the Institution. The reasons for and the conditions of your Provisional Certification are described in the Provisional Program Participation Agreement (PPA).

No later than June 30, 2023 the Institution must reapply to continue its participation in the Title IV HEA programs. At that time, a determination will be made whether the Institution meets the requirements for full certification.

To complete the recertification process, the Institution must print, review, sign and return two copies of the Program Participation Agreement (PPA) to the following address:

> United States Department of Education
> Federal Student Aid, Schools Channel
> Attention: Multi-Regional and Foreign
> School Participation Division
> Union Center Plaza, 73C3
> 830 First Street, NE
> Washington, DC 20202-5340

FCSL - 000081

After the signed copies of the PPA are received from you, the Multi-Regional Foreign School Participation Team will generate an Eligibility and Certification Approval Report (ECAR). The ECAR will summarize the critical elements of the Institution's approved application. The ECAR will also identify the Institution's highest level of offering, any nondegree or short term training programs and any additional locations which are Title IV, HEA eligible.

Upon execution of the PPA by the Secretary, the Institution shall be certified to participate in Title IV, HEA programs until September 30, 2023. The Multi-Regional Foreign School Participation Team will notify the respective Federal Student Aid (FSA) program offices of the Institution's eligibility to receive Title IV funds. The Institution has thirty days from the date of this letter to sign and return two copies of the PPA. The Institution's failure to respond within the allotted time frame will constitute a withdrawal of the Institution's application from consideration.

Please scan a copy of the PPA after you sign it and email it to Michael Frola at michael.frola@ed.gov and to Chartise Logan at chartise.logan@ed.gov. Due to the COVID-19 pandemic, most Department staff are teleworking so the copies that you send to the Department will not be available to staff until the offices fully reopen.

Should you have any questions, please contact the Multi-Regional Foreign School Participation Team at (202) 377-3168.

Sincerely,

*Julie y Arthur*

Julie Arthur
Branch Chief
Multi-Regional and Foreign Schools
Participation Division

cc: Ms Janell L. McIntyre, Sr Director of FA and Registrar Services

FCSL - 000082