## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

FLORIDA COASTAL SCHOOL OF
LAW,

          Plaintiff,

v.

MIGUEL CARDONA, in his official
capacity as Secretary of the United
States Department of Education, and
the UNITED STATES DEPARTMENT
OF EDUCATION,

          Defendants.

Case No.: 3:21-cv-00721-MMH-JBT

## PLAINTIFF FLORIDA COASTAL SCHOOL OF LAW'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, FLORIDA COASTAL SCHOOL OF LAW, hereby discloses the following information known to date regarding interested parties in this action:

1.     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

     a. **Florida Coastal School of Law, Inc.**
     b. **InfiLaw Holding, LLC**
     c. **InfiLaw Corporation**
     d. **David A. Obuchowicz, Counsel for Plaintiff**
     e. **Steven M. Gombos, Counsel for Plaintiff**
     f. **Ashley Dodd, Counsel for Plaintiff**
     g. **David Burns, Counsel for Plaintiff**

2.      The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None known to Plaintiff at this time.**

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None known to Plaintiff at this time.**

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**None know to Plaintiff at this time.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully Submitted this 21st day of July, 2021.

Respectfully submitted,

/s/ David D. Burns
David Burns (Fl. Bar No. 878081)
Ashley A. Dodd (Fl. Bar No. 58517)
FERRELLE BURNS
241 Atlantic Boulevard, Suite 203
Neptune Beach, Florida 32266
Telephone: (904) 372-4177
Facsimile: (904) 853-6984
Email: dburns@ferrelleburns.com
Email: adodd@ferrelleburns.com

 /s/ Steven M. Gombos
Steven M. Gombos (pro hac vice pending)
David A. Obuchowicz (pro hac vice pending)
GOMBOS LEYTON, P.C.
11350 Random Hills Road, Suite 400
Fairfax, Virginia 22030
Telephone: (703) 934-2660
Facsimile: (703) 934-9840
Email: sgombos@glpclaw.com
Email: dobuchowicz@glpclaw.com

*Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that on this 21st day of July, 2021, the foregoing was filed and served via Middle District of Florida Courts E-filing upon all counsel registered to receive electronic notifications, and also to counsel for Defendants via email at James.Bickford@usdoj.gov

/s/ *David D. Burns*
Attorney

3