# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

FLORIDA COASTAL SCHOOL OF
LAW, INC.,

      Plaintiff,

v.                                Case No.   3:21-cv-721-MMH-JBT

MIGUEL CARDONA, in his official
capacity as Secretary of the United
States Department of Education,
and UNITED STATES
DEPARTMENT OF EDUCATION,

      Defendants.

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above styled cause is scheduled for a status conference **TODAY, JULY 21, 2021,** at **4:30 P.M.**, before the Honorable Marcia Morales Howard, United States District Judge.

The hearing will be held by video teleconferencing using Zoom. The Courtroom Deputy Clerk will separately send participants an Outlook invitation with the link, meeting ID, and password. **Counsel for Plaintiff shall promptly notify counsel for Defendants of the hearing and shall provide the Zoom link to counsel**. Information on how others can observe

the proceeding can be found on the Court's website, https://www.flmd.uscourts.gov/coronavirus-and-email-filing-information.

Participants should dress in appropriate court attire and appear in front of an appropriate professional background.  All persons are hereby reminded that pursuant to Local Rule 5.01, United States District Court, Middle District of Florida, "[n]o one may broadcast, televise, record, or photograph a judicial proceeding, including a proceeding by telephone or video."  Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

DATE: July 21, 2021

                                                                       FOR THE COURT:

                                                                       By:   s/ Jodi L. Wiles
                                                                                Deputy Clerk

ja
Copies to:
Counsel of Record