**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| FLORIDA COASTAL SCHOOL OF LAW,<br><br>                    Plaintiff,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>                    Defendants. | No. 3:21-cv-721-MMH-JBT<br><br>**Joint Status Report** |

## JOINT STATUS REPORT

At the Status Conference held July 21, 2021, the Court ordered the parties to meet and confer on whether the August 4, 2021 hearing on Plaintiff's Motion for a Temporary Restraining Order and/or Preliminary Injunction should be held in person or by video conference.

After meeting and conferring, all parties agree to an in-person hearing, subject to this Court's approval.

Respectfully Submitted on July 22, 2021,

1

/s/ David D. Burns
David Burns (Fl. Bar No. 878081)
Ashley A. Dodd (Fl. Bar No. 58517)
FERRELLE BURNS
241 Atlantic Boulevard, Suite 203
Neptune Beach, Florida 32266
Telephone: (904) 372-4177
Facsimile: (904) 853-6984
Email: dburns@ferrelleburns.com
Email: adodd@ferrelleburns.com
*Attorney for Plaintiff*


/s/ Steven M. Gombos
Steven M. Gombos
David A. Obuchowicz
GOMBOS LEYTON, P.C.
11350 Random Hills Road, Suite 400
Fairfax, Virginia 22030
Telephone:  (703) 934-2660
Facsimile:  (703) 934-9840
Email:  sgombos@glpclaw.com
Email:  dobuchowicz@glpclaw.com
*Attorney for Plaintiff*


*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 305-7632
Facsimile: (202) 616-8470
Email:  James.Bickford@usdoj.gov
*Attorney  for Defendants*