## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

FLORIDA COASTAL SCHOOL OF
LAW, INC.,

        Plaintiff,

v.                                        Case No.   3:21-cv-721-MMH-JBT

MIGUEL CARDONA, in his official
capacity as Secretary of the United
States Department of Education, and
UNITED STATES DEPARTMENT OF
EDUCATION,

        Defendants.

_____

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above styled cause is scheduled for a preliminary injunction hearing on **WEDNESDAY, AUGUST 4, 2021,** at **2:00 P.M.**, before the Honorable Marcia Morales Howard, United States District Judge, at the United States Courthouse, 300 North Hogan Street, Courtroom No. 10B, Tenth Floor, Jacksonville, Florida.[1]

DATE:  July 28, 2021

---

[1]     All persons entering the Courthouse must present photo identification to Court Security Officers.   Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them upon presentation to Court Security Officers of a Florida Bar card (presentation of the Duval County Courthouse lawyer identification card will suffice) or Order of special admission pro hac vice.   However, all cell phones must be turned off while in the courtroom.

FOR THE COURT:

By:        s/ Jodi L. Wiles
                Deputy Clerk

ja

Copies to:

Counsel of Record