



**U.S. Department of Education**
**Irrevocable Letter of Credit for**
**Florida Coastal School of Law Inc.**

### IRREVOCABLE LETTER OF CREDIT

First Florida Integrity Bank, 3560 Kraft Road, Naples, FL 34105

*To beneficiary:*
U.S. Department of Education
ATTN: Veronica Pickett, Director
Performance Improvement and Procedures Service Group
Federal Student Aid/Program Compliance
830 First Street, NE, UCP3, MS 5435
Washington, DC 20002-8019

**Date: August 30, 2019**
**Amount: $1,623,216.00**
**Expiration Date: August 30, 2022**

Dear Sir/Madam:

We hereby establish our Irrevocable Letter of Credit Number 7900449 in your favor for the account of:

Florida Coastal School of Law Inc., 8787 Baypine Road, Jacksonville, Florida 32256
**OPE-ID#: 03374300**
Arizona Summit Law School
**OPE-ID#: 04131400**
Charlotte School of Law
**OPE-ID#: 04143500**

Hereafter, University Lending LLC ("Institution"), presents, in the amount of $1,623,216.00 (U.S. dollars), available by your draft (or drafts drawn on us) at sight accompanied by:

a) The original of this letter of credit instrument (along with originals of all amendments), and
b) A statement signed by the Secretary ("Secretary"), U.S. Department of Education ("Department"), or the Secretary's representative, certifying that the drafted funds will be used for one or more of the following purposes, as determined by the Secretary:

1) To pay refunds of institutional or non-institutional charges owed to or on behalf of current or former students of the Institution, whether the Institution remains open or has closed;
2) To provide for the "teach-out" of students enrolled at the time of the closure of the Institution; or
3) To pay any fines, penalties, or liabilities whatsoever owing to the Secretary arising from the Institution's participation in programs authorized under Title IV of the Higher Education Act of 1965, as amended ("HEA"), including, without limitation, the violation of any agreement entered into by the Institution with the Secretary regarding the administration of programs under Title IV of the HEA and any liability owed to the Secretary pursuant to Sections 437 and 455 (h) of the HEA, 20 U.S.C. §§ 1087 ( c ), 1087 e(h), or any regulation promulgated thereunder.

As used herein, the term "teach-out" shall include all activities conducted pursuant to a "teach out agreement," as that term is defined in 34 C.F.R. § 602.3, and/or other services designed to facilitate the transition of such students to another educational program. Should the Institution fail to renew the letter of credit within ten (10) days prior to its expiration, as directed by the Department, the Department may call the letter of credit and place the funds in an escrow account at the Department pending a prompt determination of the extent to which those funds will be used in accordance with subparagraphs (b)(1) through (b)(3), above.

We hereby agree with you that partial drawings are permitted and that drafts drawn under and in compliance with the terms of this letter of credit will be duly honored upon due presentation at our offices on or before the expiration date of this letter of credit.

This letter of credit is subject to the International Standby Practices (ISP98), International Chamber of Commerce Publication Number 590.

Joy Robinson

Authorized Signature            8/30/2019
                                Date Signed

Senior Vice President