**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FLORIDA COASTAL SCHOOL
OF LAW, INC.,

      Plaintiff,

v.

Case No. 3:21-cv-721-MMH-JBT

MIGUEL CARDONA, in his official
capacity as Secretary of the U.S.
Department of Education, and the
UNITED STATES DEPARTMENT
OF EDUCATION,

      Defendants.
_____/

**O R D E R**

    **THIS CAUSE** is before the Court on Defendants' Motion to Dismiss (Doc. 33; Motion), filed on September 27, 2021. Upon review of the Motion, it appears that counsel for Defendants has failed to include the certification required pursuant to Local Rule 3.01(g), Local Rules of the United States District Court for the Middle District of Florida (Local Rule(s)), regarding the duty to confer. Significantly, under the amendments to the Local Rules of this Court which took effect on February 1, 2021, motions to dismiss such as this are no longer exempt from the conferral requirement. As such, the Court will require counsel for

1

Defendants to file a supplement: (1) certifying that he has conferred with Plaintiff (2) indicating whether Plaintiff agrees on the resolution of the Motion, and (3) if the Motion is opposed, explaining the means by which the conference occurred, as Local Rule 3.01(g) requires. Accordingly, it is

**ORDERED:**

Defendants are **DIRECTED** to file a supplement to the Motion to Dismiss (Doc. 33) with the requisite Local Rule 3.01(g) Certification on or before **October 12, 2021**.

**DONE AND ORDERED** in Jacksonville, Florida, on September 28, 2021.

MARCIA MORALES HOWARD
United States District Judge

lc28
Copies to:

Counsel of Record

2