# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| FLORIDA COASTAL SCHOOL OF LAW, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 3:21-cv-721-MMH-JBT |
| MIGUEL CARDONA, in his official capacity as Secretary of Education, *et al.*, | ) ) ) ) ) |
| Defendants. | ) ) |

## DEFENDANTS' LOCAL RULE 3.01(g) CERTIFICATION

In compliance with Local Rule 3.01(g) and this Court's order of September 28, ECF No. 34, Defendants hereby certify that they conferred with Florida Coastal School of Law, by counsel, in a telephone call held on October 6, 2021. Florida Coastal opposes Defendants' motion to dismiss this case for lack of jurisdiction. *See* ECF No. 33.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director
Federal Programs Branch

1

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendants*

Date: October 12, 2021