**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FLORIDA COASTAL SCHOOL OF
LAW, INC.,

    Plaintiff,

v.                                      Case No.   3:21-cv-721-MMH-JBT

MIGUEL CARDONA, in his official
capacity as Secretary of the United
States Department of Education,
and UNITED STATES
DEPARTMENT OF EDUCATION,

    Defendants.

## ORDER TO SHOW CAUSE

The parties are directed to **show cause** by a written response filed on or before **November 30, 2021**, why this case should not be **dismissed** for lack of prosecution pursuant to Local Rule 3.10, or **sanctions** imposed due to the parties' failure to file a Case Management Report within the time prescribed by Local Rule 3.02.[1]

---

[1] The parties are reminded that pursuant to Local Rule 3.02(a)(2), they must utilize the unform case management report form on the Court's website.

The parties are cautioned that failure to respond to this order may result in the **dismissal** of the action or the entry of **sanctions** without further notice.

**DONE AND ORDERED** in Jacksonville, Florida this 15th day of November, 2021.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record