## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

FLORIDA COASTAL SCHOOL         )
OF LAW, INC.,                  )
                               )
      Plaintiff,            )
                               )
  v.                        )
                               )    Case No. 3:21-cv-721-MMH-JBT
MIGUEL CARDONA, in his         )
official capacity as           )
Secretary of Education, *et al.*, )
                               )
      Defendants.           )
_____)

### JOINT RESPONSE TO ORDER TO SHOW CAUSE

The Court has issued an order to show cause why this case should not be dismissed for lack of prosecution, or have sanctions imposed for failure to file a Case Management Report.  It is the understanding of the parties that this case is exempt from the requirement to file a Case Management Report, because it is "an action for review on an administrative record."  Local Rule 3.02(d)(2).  Plaintiff's claims arise under the Administrative Procedure Act, which calls for judicial review on an administrative record.  5 U.S.C. § 706. If the Court wishes for the parties to prepare and file a Case Management Report, they would of course be happy to do so.

1

Respectfully submitted,

/s/ David D. Burns
David Burns (Fl. Bar No. 878081)
Ashley A. Dodd (Fl. Bar No. 58571)
FERRELLE BURNS
241 Atlantic Boulevard, Suite 203
Neptune Beach, Florida 32266
Telephone: (904) 372-4177
Facsimile: (904) 853-6984
Email: dburns@ferrelleburns.com
Email: adodd@ferrelleburns.com

/s/ David A. Obuchowicz
Steven M. Gombos (Va. Bar # 30788)
David A. Obuchowicz (Va. Bar # 82483)
GOMBOS LEYTON, P.C.
11350 Random Hills Road, Suite 400
Fairfax, Virginia 22030
Telephone:  (703) 934-2660
Facsimile:  (703) 934-9840
Email:  sgombos@glpclaw.com
Email:  dobuchowicz@glpclaw.com
*Attorneys for Plaintiff*

    *and*

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director
Federal Programs Branch

/s/ James Bickford
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch

2

1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendants*

Date: November 19, 2021