UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FLORIDA COASTAL SCHOOL OF
LAW, INC.,

    Plaintiff,

v.                                       Case No. 3:21-cv-721-MMH-JBT

MIGUEL CARDONA, in his official
capacity as Secretary of the United
States Department of Education,
and UNITED STATES
DEPARTMENT OF EDUCATION,

    Defendants.

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Motion for Leave to File a Surreply to Defendants' Motion to Dismiss (Doc. 45; Motion) filed on December 28, 2021. In the Motion, Plaintiff seeks leave to file a surreply in response to Defendants' Reply in Support of Motion to Dismiss (Doc. 44). See Motion at 1. Defendants oppose the requested relief. See Defendants' Opposition to Motion for Leave to File Surreply to Motion to Dismiss (Doc. 46), filed January 11, 2022. After due consideration, the Court finds that a surreply is not needed at this time. Accordingly, it is

**ORDERED:**

The Motion for Leave to File a Surreply to Defendants' Motion to Dismiss (Doc. 45) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida this 13th day of January, 2022.

MARCIA MORALES HOWARD
United States District Judge

lc11
Copies to:

Counsel of Record